UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-80505 RYSKAMP/HOPKINS

HARRY ROTHENBERG, Individually and on Behalf of
Others Similarly Situated and Derivatively on Behalf of
Nominal Defendant Imperial Holdings Inc.,

    Plaintiff,

vs.

PHILLIP F. GOLDSTEIN, ANDREW DAKOS,
ANTONY MITCHELL, JAMES M. CHADWICK,    CLASS AND DERIVATIVE ACTION
RICHARD DAYAN, MICHAEL A. CROW, and
GERALD HELLERMAN,

    Defendants,

vs.

IMPERIAL HOLDINGS, INC.,

    Nominal Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Harry Rothenberg, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby gives notice of voluntary dismissal with prejudice of all claims against all Defendants, Phillip F. Goldstein, Andrew Dakos, Antony Mitchell, James M. Chadwick, Richard Dayan, Michael A. Crow, Gerald Hellerman, and Imperial Holdings, Inc., without leave to amend. The dismissal of the shareholder derivative claims and class action claims with prejudice is subject to court approval, as set forth in the Unopposed Motion for Approval of Dismissal of Shareholder Derivative Claims and Class Action Claims, filed herewith.

| | |
|---|---|
| DATED:  August 27, 2015 | /s/ Stuart A. Davidson |
| | STUART A. DAVIDSON |
| | Florida Bar No. 084824 |
| | PAUL J. GELLER |
| | Florida Bar No. 984795 |

ROBERT ROBBINS
Florida Bar No. 572233
CHRISTOPHER MARTINS
Florida Bar No. 088733

ROBBINS GELLER RUDMAN
    & DOWD LLP

120 East Palmetto Park Rd., Suite 500
Boca Raton, FL 33432
Telephone: 561-750-3000
Fax: 561-750-3364
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
rrobbins@rgrdlaw.com
cmartins@rgrdlaw.com

JOSEPH H. WEISS
(admitted pro hac vice)
JOSHUA M. RUBIN
(admitted pro hac vice)

WEISS LAW LLP
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: 212-682-3025
Fax: 212-682-3010
jweiss@weisslawllp.com
jrubin@weisslawllp.com

*Attorneys for Plaintiff*

1070017_1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, by CM/ECF, on August 27, 2015 on all counsel or parties of record on the Service List below.

/s/ Stuart A. Davidson
STUART A. DAVIDSON

## SERVICE LIST

**Rothenberg v. Imperial Holdings, Inc., et al.**
Case 15-CV-80505 RYSKAMP/HOPKINS
**United States District Court, Southern District of Florida**

Michael P. Matthews
mmatthews@foley.com
Lawrence J. Dougherty
ldougherty@foley.com
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, Florida  33602
Telephone:  813.229.2300
Facsimile:  813.221.4210

*Attorneys for Defendants Imperial Holdings, Inc., Phillip F. Goldstein, Andrew Dakos, Antony Mitchell, James M. Chadwick, Richard Dayan, Michael A. Crow, and Gerald Hellerman*